IN THE UNITED STATES COURT OF FEDERAL CLAIMS

———————

No. 17-430 T

(Judge Marian Blank Horn)

IRA M. LUBERT,

                          Plaintiff

v.

THE UNITED STATES,

———————

JOINT STATUS REPORT

———————

     Pursuant to the Court's Order dated May 30, 2019, the parties submit the following joint status report regarding plaintiff's offer to settle the above-captioned case. Defendant's counsel's favorable recommendation regarding plaintiff's settlement offer, along with the views of the Internal Revenue Service, has been reviewed by the reviewer assigned to this case and the Chief of the Court of Federal Claims Section. Defendant's counsel's recommendation has been forwarded to the Department of Justice's Office of Review for further review and action thereon. The parties propose that they file another joint status report on or before December 3, 2019, regarding the status of the review of plaintiff's offer to settle this case.

    Respectfully submitted,

    _s/Ian M. Comisky_
IAN M. COMISKY, ESQUIRE
FOX ROTHSCHILD LLP
2000 Market Street, 20th Floor
Philadelphia, PA  19103
(215) 299-2795 (phone)
(215) 2992150 (facsimile)
icomisky@foxrothschild.com

*Attorneys for Plaintiff*


    _s/Benjamin C. King, Jr._
BENJAMIN C. KING, Jr.
U.S. Department of Justice (Tax)
Court of Federal Claims Section
P.O. Box 26
Ben Franklin Post Office
Washington, D.C.  20044
Benjamin.c.king@usdoj.gov

RICHARD E. ZUCKERMAN
  Principal Deputy Assistant Attorney General
DAVID I. PINCUS
  Chief, Court of Federal Claims Section
MARY M. ABATE
  Assistant Chief


    _s/Mary M. Abate_

*Attorneys for the United States*


Dated:  September 17, 2019