IN THE UNITED STATES COURT OF FEDERAL CLAIMS

———————

No. 17-430 T

(Judge Marian Blank Horn)

IRA M. LUBERT,

                              Plaintiff

v.

THE UNITED STATES,

———————

JOINT STATUS REPORT

———————

      Further to the parties' Joint Status Report dated July 30, 2020, the parties submit this updated joint status report regarding the processing of the balance of the amount due plaintiff under the terms of the parties' settlement agreement. When the parties last reported, processing of plaintiff's overpayment pursuant to the settlement was transferred from the Kansas City Service Center to an individual in the Austin Service Center who works on litigation related refunds. Because of Covid-19 that required the IRS Service Centers to shut down for several months, there was a significant backlog in processing returns and refunds. Defendant's counsel had undertaken steps to attempt to resolve the problem with the processing of the refund in this case and hoped that it would move ahead smoothly.

      The overpayment pursuant to the settlement is still being processed by the IRS.

Defendant's counsel, however, has informed plaintiff that a payment memorandum has now been processed and it is anticipated that a check will be issued in the next two weeks  The parties propose they file another joint status report or before September 30, 2020, unless a stipulation of dismissal is filed prior to that date.

      Respectfully submitted,

  s/Ian M. Comisky
IAN M. COMISKY, ESQUIRE
FOX ROTHSCHILD LLP
2000 Market Street, 20th Floor
Philadelphia, PA  19103
(215) 299-2795 (phone)
(215) 2992150 (facsimile)
icomisky@foxrothschild.com

*Attorneys for Plaintiff*

   s/Benjamin C. King, Jr.
BENJAMIN C. KING, Jr.
U.S. Department of Justice (Tax)
Court of Federal Claims Section
P.O. Box 26
Ben Franklin Post Office
Washington, D.C.  20044
Benjamin.c.king@usdoj.gov

RICHARD E. ZUCKERMAN
  Principal Deputy Assistant Attorney General
DAVID I. PINCUS
  Chief, Court of Federal Claims Section
MARY M. ABATE
  Assistant Chief

   <u>s/Mary M. Abate</u>
   Of Counsel

*Attorneys for the United States*

Dated:  August 31, 2020