# In the United States Court of Federal Claims

No. 17-430 T
Filed: September 23, 2020

**IRA M. LUBERT**

v.

**UNITED STATES**

**JUDGMENT**

    Pursuant to the court's Order, filed September 23, 2020, and the parties' stipulation of dismissal, also filed September 23, 2020

    IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 41(a), that the case is dismissed with prejudice. Each party shall bear its own costs, expenses, and attorneys' fees.

    Lisa L. Reyes
    Clerk of Court

By:   s/ Debra L. Samler

    Deputy Clerk